**David L. PARRISH, Appellant,**

v.

**State of NEBRASKA; Nebraska Workers' Compensation Court; United States Fidelity & Guarantee, doing business as USF & G; Holiday Inn, doing business as Omaha Hotel, Inc., doing business as Brandywines, doing business as Brandywines Nightclub and Casino, doing business as Omaha Restaurant, Inc.; Melvin C. Hansen, doing business as Hansen, Engles & Locher; Joseph Grant, doing business as Gaines, Mullen, Pansing & Hogan, Appellees.**

No. 01–1260.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 30, 2001.

Decided Sept. 4, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

David Parrish appeals the district court's [1] orders dismissing his action based on immunity and lack of jurisdiction, and denying appointment of counsel. Upon de novo review, *see Rose v. U.S. Dep't of*

*Educ.,* 187 F.3d 926, 928 (8th Cir.1999); *Clarinda Home Health v. Shalala,* 100 F.3d 526, 528 (8th Cir.1996), we conclude the district court did not err in denying appointment of counsel, and we affirm the dismissal for the reasons stated in the district court's order. *See* 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

---

[1] The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.